# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY ETKA, | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 3:15-1677 |
| v. | : |
| | : (Judge Mannion) |
| MICHAEL ADAMS, *et al.,* | : |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED** solely for the purpose of filing the complaint.

2. Plaintiff's motion to amend (Doc. 4), filed before service was effectuated, is **GRANTED**. Plaintiff's amended complaint (Doc. 5) is accepted as filed.

3. Plaintiff's amended complaint (Doc. 5) is **DISMISSED** without prejudice as legally frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE:** February 3, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1677-01-ORDER.wpd